

COM.

v.

**WATLEY, J.**

**3022 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–52–SA–0000018–2016

(Pike)

Vacated

COM.

v.

**JACKSON, D.**

**3363 EDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–51–CR–0006149–2015, (Philadelphia)

Affirmed

COM.

v.

**WOODARD, R.**

**49 EDA 2017**

Superior Court of Pennsylvania.

07/11/2017

CP–51–CR–0220171–1992 (Philadelphia)

Affirmed

COM.

v.

**EILAND, T.**

**1658 MDA 2016**

Superior Court of Pennsylvania.

07/11/2017

CP–41–CR–0000341–2013

(Lycoming)

Affirmed

COM.

v.

**TORRES, A.**

**408 MDA 2017**

Superior Court of Pennsylvania.

07/11/2017

Reargument Denied 9/19/2017

CP–28–CR–0001954–2011 (Franklin)

Affirmed

